**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**PHILLIP NIXON,**                                   **CASE NO. 2:08-cv-227**
                                                     **JUDGE SMITH**
              **Petitioner,**                        **MAGISTRATE JUDGE ABEL**

**v.**

**EDWIN VOORHIES, JR., Warden,**

       **Respondent.**

<u>**OPINION AND ORDER**</u>

On April 14, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed as barred by the one-year statute of limitations under 28 U.S.C. 2244(d). Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

       **IT IS SO ORDERED**.

                                                 \s\ George C. Smith

                                              GEORGE C. SMITH
                                              United States District Judge